IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT A. ALLEN | § | |
| | § | |
| V. | § | NO. 1:10-CV-146 |
| | § | |
| TEXAS FARMERS INSURANCE | § | |
| COMPANY and FOREMOST | § | |
| INSURANCE COMPANY | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on March 11, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the agreed motion to dismiss, and enter partial final judgment pursuant to settlement regarding plaintiff's claims against Foremost Insurance Company.

The magistrate judge's report is hereby **ADOPTED** and plaintiff and Foremost Insurance Company's "Agreed Motion to Dismiss" (Docket No. 21) is **GRANTED**.

Partial Final Judgment will be entered separately.

**SIGNED** this the 27 day of **July, 2010.**

Thad Heartfield
United States District Judge